| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hamilton, Jean C. | 2. Court or Organization US District Court, EDMO | 3. Date of Report 07/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

111 South Tenth Street
St. Louis, MO 63102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Hillcrest Subdivision |
| 2. | Board Member | Care and Counseling |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Missouri Judges Retirement System - pension | $33,456.62 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | David A. Blanton | Jan. 2015 | Illinois | vacation | Lodging, partial food & partial transportation |
| 2. | David A. Blanton | Jan - Feb. 2015 | Florida | vacation | Lodging, partial food & partial transportation |
| 3. | David A. Blanton | March 2015 | Louisiana, Mississippi | vacation | Lodging, partial transportation, & partial food |
| 4. | David A. Blanton | Aug - Sept. 2015 | Western US, Canada | vacation | Lodging, partial food, partial transportation |
| 5. | David A. Blanton | Nov. 2015 | Indiana | vacation | Lodging, partial food, partial transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David A. Blanton | apparrel | $537.00 |
| 2. | David A. Blanton | jewelry | $2,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T - com. | C | Dividend | | | | 09/28/15 | L | | |
| 2. Exxon Mobil - com. | B | Dividend | | | | 09/17/15 | L | | |
| 3. Dreyfus Liquid Assets money market fund | | None | | | Redeemed | 08/20/15 | K | | |
| 4. Dreyfus Tax Exempt Bond Fund | B | Dividend | | | | | | | |
| 5. US Bank -2 accts. | A | Interest | M | T | | | | | |
| 6. Bank of America 1 acct. | A | Interest | K | T | | | | | |
| 7. IRA-Putnam Voyager Fund | | None | | | | 09/04/15 | L | | |
| 8. Bristol Myers Squibb - com. | B | Dividend | | | | 09/17/15 | L | | |
| 9. Coca-Cola - com | A | Dividend | | | | 09/17/15 | K | | |
| 10. IBM- com. | C | Dividend | | | | 09/17/15 | M | | |
| 11. Procter & Gamble - com | B | Dividend | | | | 08/21/15 | L | | |
| 12. | | | | | | 09/17/15 | K | | |
| 13. Minn. Mining & Mfg. - com. | B | Dividend | | | | 09/17/15 | M | | |
| 14. General Electric - com. | B | Dividend | | | | 09/17/15 | K | | |
| 15. Walt Disney - com. | B | Dividend | | | | 09/17/15 | L | | |
| 16. Motorola Solutions - com. | A | Dividend | | | | 09/08/15 | J | | |
| 17. Altria - com. | C | Dividend | | | | 09/17/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer - com. | C | Dividend | | | | 09/17/15 | M | | |
| 19. Alcatel Lucent - com. | | None | | | | 08/28/15 | J | | |
| 20. Home Depot - com. | B | Dividend | | | | 09/17/15 | M | | |
| 21. Energizer Holdings - com. | A | Dividend | | | | 09/30/15 | J | | |
| 22. Monsanto - com. | B | Dividend | | | | 09/17/15 | K | | |
| 23. Brokerage Acct #1 | | | | | | | | | |
| 24. a. Coca-Cola - com. | A | Dividend | | | | 08/21/15 | K | | |
| 25. b. Exxon Mobil - com. | A | Dividend | | | | 08/21/15 | J | | |
| 26. c. Home Depot - com. | A | Dividend | | | | 08/21/15 | J | | |
| 27. d. IBM - com. | A | Dividend | | | | 08/21/15 | K | | |
| 28. e. Minn. Mining & Mfg. - com | A | Dividend | | | | 08/21/15 | K | | |
| 29. f. Monsanto - com. | A | Dividend | | | | 08/21/15 | K | | |
| 30. g. Motorola Solutions - com. | A | Dividend | | | | 08/21/15 | J | | |
| 31. h. Procter & Gamble - com. | B | Dividend | | | | 08/21/15 | M | | |
| 32. i. American International Group - com. | A | Dividend | | | | 09/08/15 | J | | |
| 33. j. Bank of America - com. | A | Dividend | | | | 08/21/15 | K | | |
| 34. k. Comcast - com. | A | Dividend | | | | 09/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | 09/17/15 | K | | |
| 36.  l. Mondelez Int'l - com. | A | Dividend | | | | 09/08/15 | L | | |
| 37.  m. American International Group - com. | A | Dividend | | | | 08/21/15 | J | | |
| 38.  n. Philip Morris Int'l - com | D | Dividend | | | | 10/13/15 | M | | |
| 39.  Brokerage Acct. #2 - St. Louis MO Ind. Dev. Auth. Bonds | B | Interest | | | | 08/21/15 | L | | |
| 40.  Kraft Heinz (formerly Kraft Foods Group) - com. | A | Dividend | | | | 09/08/15 | K | | |
| 41.  Edgewell Personal Care (spin off from Energizer Holdings) | | | | | | 09/17/15 | J | | |
| 42.  IRA - TD Ameritrade | | | | | | | | | |
| 43.  a. Putnam Voyager fund | | None | | | Sold | 10/29/15 | L | F | |
| 44.  b. DFA International Core Equity PTFL | | None | J | T | Buy | 10/29/15 | J | | |
| 45.  c. DFA US Vector Equity | | None | J | T | Buy | 10/29/15 | J | | |
| 46.  d. DFA US Core Equity 2 | | None | K | T | Buy | 10/29/15 | K | | |
| 47.  e. DFA Emerging Markets Core Equity | | None | J | T | Buy | 10/29/15 | J | | |
| 48.  f. DFA Int. Sm. Cap Value Port | | None | J | T | Buy | 10/29/15 | J | | |
| 49.  g. DFA International III | | None | J | T | Buy | 10/29/15 | J | | |
| 50.  h. DFA US Lg III | | None | J | T | Buy | 10/29/15 | J | | |
| 51.  i. Vanguard GNMA Fund Admiral | | None | J | T | Buy | 10/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | j. Vanguard Short Term Invest. Grade Admiral | | None | J | T | Buy | 10/29/15 | J | | |
| 53. | k. DFA 5 year Global Fixed PTF | | None | J | T | Buy | 10/30/15 | J | | |
| 54. | Brokerage Account #3 | | | | | | | | | |
| 55. | a. 3M (Minn. Mining & Mfg) - com. | B | Dividend | M | T | Sold (part) | 10/29/15 | K | E | |
| 56. | b. Altria - com. | | | | | Sold | 10/29/15 | M | E | |
| 57. | c. Bristol Myers Squibb - com. | | | | | Sold | 10/29/15 | L | F | |
| 58. | d. Coca Cola - com. | A | Dividend | K | T | Sold (part) | 11/25/15 | L | E | |
| 59. | e. Comcast - com. | A | Dividend | | | Donated | 11/25/15 | K | | |
| 60. | f. Edgewell Personal Care - com. | A | Dividend | | | Donated | 11/25/15 | J | | |
| 61. | g. Exxon Mobil - com. | A | Dividend | | | Sold (part) | 10/29/15 | K | D | |
| 62. | | | | | | Donated | 11/25/15 | K | | |
| 63. | | | | | | Sold | 12/28/15 | K | E | |
| 64. | h. General Electric - com. | | | | | Sold | 10/29/15 | K | E | |
| 65. | i. Home Depot - com. | A | Dividend | M | T | Sold (part) | 10/29/15 | J | D | |
| 66. | j. IBM - com. | B | Dividend | M | T | Sold (part) | 10/23/15 | K | D | |
| 67. | k. Monsanto - com. | A | Dividend | | | Sold | 10/29/15 | K | E | |
| 68. | | | | | | Donated | 11/25/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. l. Pfizer - com. | A | Dividend | K | T | Sold (part) | 10/29/15 | K | E | |
| 70. | | | | | Donated (part) | 11/25/15 | J | | |
| 71. | | | | | Sold (part) | 12/28/15 | K | E | |
| 72. m. Proctor & Gamble | B | Dividend | L | T | Sold (part) | 10/29/15 | L | E | |
| 73. n. Walt Disney | | | L | T | | | | | |
| 74. o. Alcatel Lucent sponsored ADR | | | | | Sold | 10/29/15 | J | A | |
| 75. p. American International Group - com. | A | Dividend | | | Sold | 10/29/15 | J | A | |
| 76. q. AT & T - com. | A | Dividend | K | T | Sold (part) | 10/29/15 | K | E | |
| 77. r. Bank of America - com. | A | Dividend | | | Sold | 10/29/15 | K | A | |
| 78. s. Kraft Heinz - com. | A | Dividend | K | T | Sold (part) | 10/29/15 | J | D | |
| 79. t. Mondelez Int'l. - com. | A | Dividend | L | T | Sold (part) | 12/28/15 | J | D | |
| 80. u. Motorola - com. | A | Dividend | | | Sold | 10/29/15 | J | B | |
| 81. v. American Int'l Group warrrant | A | Dividend | J | T | | | | | |
| 82. w. St. Louis MO Ind'l Dev. Auth. Rev. Bonds 12/1/20 | A | Interest | K | T | | | | | |
| 83. x. St. Louis MO Ind'l Dev. Auth. Rev. Bonds 12/1/40 | A | Interest | | | Sold | 10/29/15 | K | A | |
| 84. y. Dreyfus Tax Exempt Bond Fund | B | Dividend | L | | | | | | |
| 85. z. Philip Morris Int. - com. | B | Dividend | M | T | Sold (part) | 10/29/15 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. aa. Energizer Holdings - com. | A | Dividend | | | Sold | 12/28/15 | J | C | |
| 87. bb. DFA US Core Equity 2 | D | Dividend | | | Buy | 10/29/15 | N | | |
| 88. | | | | | Buy (add'l) | 11/02/15 | M | | |
| 89. | | | | | Sold | 12/18/15 | N | A | |
| 90. cc. DFA Inter'l Core Equity PTFL | A | Dividend | | | Buy | 10/29/15 | M | | |
| 91. | | | | | Buy (add'l) | 11/03/15 | K | | |
| 92. | | | | | Sold | 12/28/15 | M | A | |
| 93. dd. DFA US Vector Equity | C | Dividend | | | Buy | 10/29/15 | L | | |
| 94. | | | | | Buy (add'l) | 11/02/15 | K | | |
| 95. | | | | | Sold | 12/28/15 | L | A | |
| 96. ee. DFA Tax Mgd. Int. Value Fund | | | K | T | Buy | 10/29/15 | K | | |
| 97. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 98. ff. DFA Emerging Markets Core Equity | A | Dividend | K | T | Buy | 10/29/15 | J | | |
| 99. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 100. gg. DFA Int. Small Cap Value Port | A | Dividend | K | T | Buy | 10/29/15 | K | | |
| 101. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 102. hh. DFA Int. Small PTFL | B | Dividend | K | T | Buy | 10/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 104. ii. DFA Tax Managed US Marketwide Val. II | C | Dividend | | | Buy | 10/29/15 | M | | |
| 105. | | | | | Buy | 11/02/15 | K | | |
| 106. | | | | | Sold | 12/18/15 | M | A | |
| 107. jj. DFA 5 year Global Fixed PTF | A | Dividend | L | T | Buy | 11/02/15 | L | | |
| 108. kk. Vanguard GNMA Fund Admiral | A | Dividend | L | T | Buy | 11/02/15 | L | | |
| 109. ll. Vanguard Short Term Investment Grade Admiral | A | Dividend | L | T | Buy | 11/02/15 | L | | |
| 110. mm. DFA T.A. US Core Equity 2 | | | O | T | Buy | 12/18/15 | O | | |
| 111. | | | | | Buy (add'l) | 12/22/15 | K | | |
| 112. | | | | | Buy (add'l) | 12/28/15 | L | | |
| 113. nn. DFA T.A. World Ex US Core Equity PTF | | | M | T | Buy | 12/18/15 | M | | |
| 114. oo. DFA US Lg III | | | M | T | Buy | 12/18/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII

1. Brokerage account #1 was closed and the investments transferred to Brokerage account #3

2. Individual investments in lines 1,2,4, 8 - 22, and 24 - 41 were transferred to Brokerage account #3

3. The assets in IRA - Putnam Voyager Fund were transferred to IRA -TD Ameritrade.

4. The American International Group warrants were reported in prior years as part of the American International Group common stock. The common stock was sold on 10/29/15, but the warrants were not.

5. Part VII:  Investments
   Line 87: Income from dividends and distribution
   Line 93: Income from dividends and distributions
   Line 100: Income from capital gains dividends
   Line 102:    Income from capital gains dividends
   Line 104:  Income from capital gains dividends
   Line 107: Income from capital gains dividends
   Line 109: Income from capital gains dividends

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 07/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jean C. Hamilton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544